## Commonwealth *v.* Naugle, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Thomas J. Finucane, Jr.,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant.

*Edwin D. Strite, Jr.,* Second Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 13, 1971:

Judgment affirmed. See, *Commonwealth v. Wrona,* 442 Pa. 201, 275 A. 2d 78 (1971) ; *Commonwealth v. Howard,* 426 Pa. 305 (1967) ; *Commonwealth v. Davis,* 203 Pa. Superior Ct. 79 (1964) ; *Commonwealth v. Zelnick,* 202 Pa. Superior Ct. 129 (1963).

Mr. Justice COHEN took no part in the decision of this case.